UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID MOYA,

    Plaintiff,

v.                                                      CASE NO. 8:17-cv-1589-T-26JSS

PENN CREDIT CORPORATION,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion for Default Judgment (Dkt. 11) is **denied**. Defendant, through counsel, filed yesterday, August 8th, an Answer, Affirmative Defenses and Jury Demand. Although this pleading was filed several days after the twenty-one day deadline for filing a response to Plaintiff's complaint had expired and after a clerk's default was entered, nevertheless, it would be a gross abuse of this Court's discretion to enter a default final judgment against Defendant. Accordingly, acting *sua sponte*, the Court directs that the clerk's default is vacated, and this case shall proceed in due course.

**DONE AND ORDERED** at Tampa, Florida, on August 9, 2017.

                                       s/*Richard A. Lazzara*
                                       **RICHARD A. LAZZARA**
                                       **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record