UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID MOYA,
    Plaintiff,
v.
                                      CASE NO.: 8:17-cv-01589-RAL-JSS

PENN CREDIT CORPORATION,
    Defendant.
_____/

## MEDIATOR'S NOTICE OF SETTLEMENT

James R. Betts, the undersigned mediator, advises this court that the parties' mediation conference on July 10, 2018, attended by Maxie Broome, Jr., Esq., Mr. David Moya, Charles J. McHale, Jr., Esq., Mr. Ron Breijo and Jeff Warren, Esq. (observer), resulted in a complete settlement.

## Certificate of Service

I hereby certify that on July 10, 2018, by using the CM/ECF system I electronically filed a copy of this notice with the Clerk of the District Court and served true copies of this notice upon the following:

| | |
|---|---|
| Maxie Broome, Jr., Esq. | Charles J. McHale, Jr., Esq. |
| mbroomelaw@aol.com | cmchale@gsgfirm.com |

_/s/ James R. Betts_
James R. Betts, Esq.
FBN 327786
Mediation Cert. #10773R
710 S. Boulevard
Tampa, Florida 33606-2903
(813) 254-3302
(813) 254-5322 fax
JBETTS@TAMPABAY.RR.COM