## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DAVID MOYA,

      Plaintiff,

v.                                  CASE NO.  8:17-cv-1589-T-26JSS

PENN CREDIT CORPORATION,

      Defendant.

_____/

### O R D E R

      The Court has been advised by **the Mediator's Notice of Settlement (Dkt. 27)** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

      **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  The Clerk is directed to terminate any pending motions/deadlines and to **CLOSE** the file.

      **DONE AND ORDERED** at Tampa, Florida, on July 11, 2018.


                    ___*s/Richard A. Lazzara*_____
                    **RICHARD A. LAZZARA**
                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record